No. **CR 07 00751 JW HRL**

**FILED**

E-FILING

# UNITED STATES DISTRICT COURT

*Nov 28 2007 59*

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA
### *vs.*
### LARRY POLLOCK and LYNDA WALLACE

## INDICTMENT

**COUNT ONE :** Title 18, U.S.C. § 371 - Conspiracy to Distribute, and Possess With Intent To Distribute, Anabolic Steroids and Human Growth Hormone

**COUNT TWO:** Title 21, U.S.C. § 841 - Distribution and Possession With Intent To Distribute Anabolic Steroids

**COUNT THREE:** Title 21, U.S.C. § 333(e)(1) - Distribution and Possession With Intent To Distribute Human Growth Hormone For Unauthorized Uses

*A true bill.*

_____
Foreperson

Filed in open court this 28 day of November

A.D. 2007

_____
United States Magistrate Judge

Bail. $ No process required

SCOTT N. SCHOOLS (SCN 9990)
United States Attorney

E-FILING

FILED

2007 NOV 28  P 2: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR 07 00751 HRL |
| v. | ) VIOLATIONS: 18 U.S.C. § 371 – Conspiracy To Distribute, And Possess With Intent To Distribute, Anabolic Steroids And Human Growth Hormone; 21 U.S.C. § 841(b)(1)(D) and 18 U.S.C. § 2 – Distribution, And Possession With Intent To Distribute, Anabolic Steroids; Aiding and Abetting; 21 U.S.C. § 333(e)(1) and 18 U.S.C. § 2-- Possession With Intent To Distribute Human Growth Hormone; Aiding and Abetting |
| LARRY POLLOCK and LYNDA WALLACE, | |
| Defendants. | |

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 – Conspiracy To Distribute, And Possess With Intent To Distribute, Anabolic Steroids and Human Growth Hormone)

1. On or about and between January 1, 2005, and September 1, 2007, in the Northern District of California, and elsewhere, the defendants

LARRY POLLOCK and
LYNDA WALLACE,

and others, did knowingly conspire to possess with intent to distribute, and distribute: (1) a schedule III controlled substance, to wit: the anabolic steroid testosterone, in violation of Title 21,

INDICTMENT

United States Code, Section 841(b)(1)(D); and (2) human growth hormone, for a use in humans other than the treatment of a disease or other recognized medical condition, where such use had been authorized by the Secretary of Health and Human Services, and pursuant to the order of a physician, in violation of Title 18, United States Code, Section 333(e)(1).

## MANNER AND MEANS OF THE CONSPIRACY

2. It was a part of the conspiracy to distribute that defendants LARRY POLLOCK and LYNDA WALLACE distributed human growth hormone via the Internet under the name "Stallion Labs," knowing that the purpose of such distribution was for a use in humans other than the treatment of a disease or other recognized medical condition and without the order of a physician.

3. It was further a part of the conspiracy that defendants LARRY POLLOCK and LYNDA WALLACE accepted orders for human growth hormone purchases by e-mail and instructed customers to provide money orders via Western Union for the purchase of human growth hormone.

4. It was further a part of the conspiracy that defendants POLLOCK and WALLACE mailed human growth hormone to customers through the U.S. Postal Service, knowing that the purpose of such distribution was for a use in humans other than the treatment of a disease or other recognized medical condition and without the order of a physician.

## OVERT ACTS

5. In furtherance of the conspiracy and to attain its ends, the defendants committed the following overt acts, among others, in the Northern District of California, and elsewhere:

   a. On or about June 21, 2007, LARRY POLLOCK retrieved three wire transfers addressed to "Cierra Rocklin" that had been sent from San Jose, California to a Western Union office in Tijuana, Mexico in the amounts of $998.00, $998.00, and $959.00, as payment for an order of anabolic steroids and human growth hormone.

   b. On or about June 22, 2007, LYNDA WALLACE mailed a package of anabolic steroids, including the anabolic steroid testosterone, and human growth hormone through the United States Postal Service from San Diego, California to a mail box in San Jose, California;

INDICTMENT                                             2

c. On or about June 23, 2007, LARRY POLLOCK sent an e-mail from the e-mail account of mexilab@hush.com to another person known to the grand jury confirming that the package of anabolic steroids and human growth hormone had been sent and identifying the package by U.S. Postal tracking number 0306 2400 0000 7813 1478;

All in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Section 333(e)(1).

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(D); 18 U.S.C. § 2--Possession With Intent To Distribute Anabolic Steroids; Aiding and Abetting)

6. Beginning on or about June 21, 2007, and continuing to on or about June 25, 2007, in the Northern District of California, and elsewhere, the defendants

LARRY POLLOCK and
LYNDA WALLACE

did knowingly possess with intent to distribute, and distribute, a Schedule III controlled substance, to wit: the anabolic steroid testosterone, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D) and Title 18, United States Code, Section 2.

COUNT THREE: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To Distribute Human Growth Hormone For Unauthorized Uses; Aiding and Abetting)

7. Beginning on or about June 21, 2007, and continuing to on or about June 25, 2007, in the Northern District of California and elsewhere, the defendants,

LARRY POLLOCK and
LYNDA WALLACE,

did possess with intent to distribute, and distribute, human growth hormone, for a use in humans other than the treatment of a disease or other recognized medical condition, where such use had

//
//
//
//
//
//
//

INDICTMENT                                3

1 | been authorized by the Secretary of Health and Human Services, and pursuant to the order of a
2 | physician, in violation of Title 21, United States Code, Section 333(e)(1), and Title 18, United
3 | States Code, Section 2.
4 | DATED: 11/28/07            A TRUE BILL.
5 |                            *[signature]* Ramona L Wills
6 | SCOTT N. SCHOOLS           FOREPERSON
  | United States Attorney
7 | *[signature]*
8 | MATTHEW A. PARRELLA
  | Chief, San Jose Branch Office
9 |
10 | (Approved as to form: *[signature]* )
   |                        AUSA NEDROW

INDICTMENT                           4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---
SEE ATTACHED SHEET

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHED SHEET

**FILED**
2007 NOV 28 P 2:59

--- DEFENDANT - U.S. ---
▶ LYNDA WALLACE

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER
CR 07 00751 JW HRL

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)

Pat Donlin, DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JEFF NEDROW

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

PENALTY SHEET FOR U.S. V. LARRY POLLOCK AND LYNDA WALLACE

COUNT ONE–18 U.S.C. § 371–Conspiracy to Distribute, and Possess With Intent To Distribute, Anabolic Steroids and Human Growth Hormone (Both Defendants)

    Maximum Five Years Imprisonment
    $250,000 fine
    Maximum Three Years Supervised Release
    $100 special assessment fee

COUNT TWO

21 U.S.C. § 841--Distribution and Possession With Intent To Distribute Anabolic Steroids (Both Defendants)

Penalties:

    Maximum Five years imprisonment
    $250,000 fine
    Maximum Two Years Supervised Release
    $100 Special Assessment Fee

COUNT THREE

21 U.S.C. § 333(e)(1)–Distribution and Possession with intent to distribute human growth hormone for unauthorized uses (Both Defendants)

    Maximum Five Years Imprisonment
    $250,000 fine
    Maximum Three Years Supervised Release
    $100 special assessment fee

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV 28 P 3:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
SEE ATTACHED SHEET

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY: SEE ATTACHED SHEET

**DEFENDANT - U.S.**
▶ LARRY POLLOCK

DISTRICT COURT NUMBER: CR 07 00751 JW HRL

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Pat Donlin, DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFF NEDROW

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

PENALTY SHEET FOR U.S. V. LARRY POLLOCK AND LYNDA WALLACE

COUNT ONE–18 U.S.C. § 371–Conspiracy to Distribute, and Possess With Intent To Distribute, Anabolic Steroids and Human Growth Hormone (Both Defendants)

Maximum Five Years Imprisonment
$250,000 fine
Maximum Three Years Supervised Release
$100 special assessment fee

COUNT TWO

21 U.S.C. § 841--Distribution and Possession With Intent To Distribute Anabolic Steroids (Both Defendants)

Penalties:

Maximum Five years imprisonment
$250,000 fine
Maximum Two Years Supervised Release
$100 Special Assessment Fee

COUNT THREE

21 U.S.C. § 333(e)(1)--Distribution and Possession with intent to distribute human growth hormone for unauthorized uses (Both Defendants)

Maximum Five Years Imprisonment
$250,000 fine
Maximum Three Years Supervised Release
$100 special assessment fee