UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/10/2007 | **Court Reporter:** Summer Clanton |
| **Case No:** CR-07-0751 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** N/A |

### TITLE

U.S.A. v. Larry Pollock (1)(NC) and Lynda Wallace (NC)(2)

Attorney(s) for Plaintiff(s): Joe Fazioli for Jeff Nedrow
Attorney(s) for Defendant(s): Paul Meltzer for Larry Pollock
Steve Manchester for Lynda Wallace

### PROCEEDINGS

Initial Status/Trial Setting

### ORDER AFTER HEARING

Hearing Held. Defendants present and not in custody for proceedings. The Court continued this matter to February 11, 2008 at 1:30 PM for Further Status Hearing/Disposition. The parties are to disclosure information between themselves. Time is excluded from December 10, 2007 through February 11, 2008.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: