UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 2/11/2008  
**Case No.:** CR- 07-0751 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Christine Bedard  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Larry Pollock (NC)(1) and Lynda Wallace (NC)(2)

Attorney(s) for Plaintiff(s): Jeff Nedrow  
Attorney(s) for Defendant(s): Steven Manchester for Paul Meltzer for Larry Pollock  
Steven Manchester for Lynda Wallace  

## PROCEEDINGS

Further Status Hearing re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant counsel made an oral motion to wave the Defendants appearances. The Court GRANTED the motion for the present proceedings.

The Court continues this matter to April 21, 2008 at 1:30 PM for Trial Setting Hearing as to BOTH defendants. The parties are to be prepared to set trial dates before the Court. The parties are instructed to contact the Courtroom Deputy prior to the hearing if the parties anticipate a disposition for any of the defendants. The parties are to make any requests for waiver of defendants appearances prior to the scheduled hearing.

Time is excluded from February 11, 2008 through April 21, 2008 for efforts to review pending discovery and for efforts to resolve the matter short of trial.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: