UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date: 4/21/2008 | Court Reporter: Irene Rodriguez |
| Case No.: CR-07-0751 JW | U.S. Probation Officer: N/A |
| Related Case No.: N/A | Interpreter: N/A |

## TITLE

U.S.A. v. Larry Pollock (1)(NC), Lynda Wallace (2)(NC)

Attorney(s) for Plaintiff(s): Jeff Nedrow
Attorney(s) for Defendant(s): Paul Melzter - Larry Pollock
Steve Manchester - Lynda Wallace

## PROCEEDINGS

Status Hearing re Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendants not present and not in custody for proceedings. The Court previously excused defendant's appearance from the current hearing. The parties notified the Court that a settlement conference with a Magistrate Judge would be beneficial. The Court GRANTED the parties request for Settlement Conference proceedings before Magistrate Judge Patricia V. Trumbull. The parties are to contact Judge Trumbull's Courtroom Deputy at (408) 535-5378 to schedule a settlement conference. The Court continued this matter to June 23, 2008 at 1:30 PM for Trial Setting Hearing. The parties are to be prepared to set trial dates before the Court. Time is excluded from April 21, 2008 through June 23, 2008 to accommodate discovery review and anticipated settlement proceedings with Judge Trumbull.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: