LAW OFFICES OF
# PAUL B. MELTZER
A PROFESSIONAL CORPORATION
511 WATER STREET
SANTA CRUZ, CALIFORNIA 95060

PAUL B. MELTZER
E-MAIL: MELTZERLAW@AOL.COM

TELEPHONE: (831) 426-6000
FACSIMILE:  (831) 426-2749

May 7, 2008

Magistrate Trumbull
U.S. District Court
Northern District of California
280 South First Street
San Jose, CA 95113-3008

Re: United States v. Larry Pollock
Case No. 5:07-cr-00751-JW

Dear Magistrate Trumbull:

Enclosed please find an order allowing LARRY POLLOCK to travel to San Simeon, CA, he would arrive May 17th, 2008 and return May 18th. Hayley Hinz from my office received an e-mail from Roger Pimentel of Pretrial Services stating he has no objection to the travel request. I received an e-mail from USAA, Jeffrey Nedrow, who has no objection to the travel request. I would appreciate your signing this order if you find it agreeable.

I have also enclosed Mr. Pollock's letter requesting the above travel.

Thank you, and feel free to contact us with any questions.

Best Regards,

PAUL B. MELTZER

PBM: hdh
Enclosure as noted.
cc:  Jeff Nedrow
     Roger Pimentel
     Larry Pollock
     Steve Manchester

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 5:07-cr-00751-JW |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER |
| LARRY POLLOCK, | ) | |
| Defendant. | ) | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant LARRY POLLOCK is allowed to travel to San Simeon, CA on Saturday, May 17th, 2008 at 10 A.M. and returning Sunday, May 18th, 2008 arriving at his home no later than 9 P.M. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Roger Pimentel.

SO ORDERED.

Dated: May _____, 2008

_____
JAMES WARE, Magistrate
United States District Court
Northern District of California

-1-
[PROPOSED] ORDER

Larry & Denise Pollock
2631 buggy lane
Camarillo, Ca 93012
(805) 491-2750

May 5, 2008

Paul Meltzer, Esq.
Law Offices of Paul Meltzer, Esq.
511 Water St.
Santa Cruz, CA 95060

To whom it may concern:

We are requesting permission to attend the wedding of our niece, Sarah Boulian, on May 17, 2008. The wedding will take place at the Ragged Point Inn & Resort, which is located twenty miles north of San Simeon, CA, on the coast. The wedding is scheduled to begin at 4:00pm. We will be leaving our home in Camarillo, CA by 10:00am Saturday morning, and will return before 9:00pm Sunday, May 18, 2008.

We can be reached by cell phone at (805) 433-3637. Larry has discussed this with Roger Pimmentel at Pre-trial Services. Thank you for your time and consideration in these matters.

Sincerely,


Larry & Denise Pollock

| | |
|---|---|
| Subj: | **RE: Pollock** |
| Date: | 5/5/2008 3:28:48 P.M. Pacific Daylight Time |
| From: | Jeff.Nedrow@usdoj.gov |
| To: | Meltzerlaw@aol.com |
| CC: | srman@gatespeed.com |

Hi Paul and Steve,

I have no objection to the proposed travel request outlined in this e-mail. Please feel free to indicate that the government has no objection to this travel in any application to the Court.

Thanks, Jeff Nedrow

---

**From:** Meltzerlaw@aol.com [mailto:Meltzerlaw@aol.com]
**Sent:** Monday, May 05, 2008 3:26 PM
**To:** Nedrow, Jeff (USACAN)
**Cc:** srman@gatespeed.com
**Subject:** Pollock

The Pollocks would like to attend the wedding of their niece in San Simeon on May 17, 2008. The location is the Ragged Point Inn. The wedding starts at 4 PM and they currently have a curfew that requires them to be home in Ventura County by 9PM. OK to get a travel order that allows them to spend the night and return before 9PM the next day? Please advise and I will include your position in a request to the Magistrate. Thanks. Best regards, Paul

---

Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.

*[Handwritten notes:]*

Central    (213) 894-8830

roger_pimentel@ ~~cacd~~ ~~cacd~~ .uscourts.gov
cacpt.