UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/18/08

Court Reporter:     Clerk:

Case No: CR 07-00751 JW     Case Title: USA V. LARRY POLLOCK AND LYNDA WALLACE

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Jeff Nedrow | Paul Meltzer<br>Steve Manchester |

**PROCEEDINGS**

Pretrial Conferences:   [ ] Initial   [ ] Status   [ ] Discovery
                        [X] Settlement   [ ] Final
                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted           [ ] Submitted            [X] Settled (tentatively/awaiting necessary approvals)
[ ] Denied            [ ] Briefs to be filed   [ ] Not Settled
[ ] Granted in part, denied in part            [ ] Off Calendar

.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff   [ ] Defendant   [ ] Court   [ ] Court w/opinion

Notes: 2 ½ Hours