UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 23, 2008 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** CR- 07-0751 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Larry Pollock (NC) (1) and Lynda Wallace (NC)(2)

**Attorney(s) for Plaintiff(s):** Jeff Nedrow
**Attorney(s) for Defendant(s):** Paul Meltzer - Larry Pollock
Steven Manchester - Lynda Wallace

## PROCEEDINGS

Status re Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendants not present and not in custody for proceedings. The Court continued this matter to September 15, 2008 at 1:30 PM for Trial Setting/Further Status. Time is excluded from June 23, 2008 through September 15, 2008 to accommodate discovery disclosure and for efforts to resolve this matter short of trial.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: