JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    Facsimile: (408) 535-5066
    E-Mail: jeff.nedrow@usdoj.gov



IT IS SO ORDERED AS MODIFIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00751-JW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS HEARING |
| LARRY POLLOCK and LYNDA WALLACE, | |
| Defendants. | |

The parties, by and through their counsel of record, hereby stipulate to the following:

1. The parties request that the Court continue the status/trial setting hearing presently set for December 8, 2008 to January 26, 2009 at 1:30 p.m.

2. The parties stipulate and request that the Court find the following as a factual basis for continuing the status conference:

    1) Defendant Larry Pollock is currently in state custody in Southern California on an unrelated matter. The parties are currently attempting to learn more information about the details of the state matter. The parties have further been informed that ongoing construction in the Marshal's Office in the month of December will make presentation of Mr. Pollock difficult, if

not impossible, in December. Furthermore, the parties are in ongoing discussions regarding a possible pretrial disposition in this matter. A central aspect of these discussions centers on the appropriate drug quantity calculation in this steroid distribution case. Both parties need additional time to investigate the quantity of drugs attributable to Mr. Pollock, as well as his co-defendant, Ms. Wallace, in order to make informed decisions on this question prior to making a final decision as to a possible trial or pretrial resolution.

3. In light of these facts, the parties agree that the time between December 8, 2008 and January 26, 2009 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on: (1) the unavailability of the defendant, and the defendant's unavailability in December due to the Marshal's Service issues; and (2) the need for defense counsel and the government to have adequate time to complete their pretrial investigation into the appropriate quantity of drugs attributable to the defendant's conduct in this case. For these reasons, the parties agree that a continuance is necessary to ensure the defendant's availability and to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

JOSEPH P. RUSSONIELLO
United States Attorney

December 4, 2008
              /s/
JEFFREY D. NEDROW
Assistant United States Attorney

December 4, 2008
              /s/
PAUL MELTZER
Attorney for Larry Pollock

December 4, 2008
              /s/
STEVE MANCHESTER
Attorney for Lynda Wallace


12/04/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY POLLOCK and<br>LYNDA WALLACE<br><br>Defendants. | NO. CR 07-00751-JW<br><br><br><br>ORDER CONTINUING STATUS HEARING |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from December 8, 2008 to **January 12, 2009 at 1:30 PM**

The Court finds the time from December 8, 2008 **to January 12, 2009** excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on (1) the

3

1  unavailability of the defendant; and (2) the need for defense counsel and the government to have
2  adequate time to complete their pretrial investigation into the appropriate quantity of drugs
3  attributable to the defendant's conduct in this case.  For these reasons, the parties agree that a
4  continuance is necessary to ensure the defendant's availability and to ensure that counsel are
5  prepared to make informed decisions regarding the case, and denial of such a continuance would
6  unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A)
7  and 3161(h)(8)(B)(iv).

DATE: December 4, 2008

*/s/ James Ware*
JAMES WARE
UNITED STATES DISTRICT JUDGE