JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    Facsimile: (408) 535-5066
    E-Mail: jeff.nedrow@usdoj.gov

GRANTED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                   )<br>         Plaintiff, )<br>                                   )<br>   v. )<br>                                   )<br>LARRY POLLOCK and )<br>LYNDA WALLACE, )<br>                                   )<br>         Defendants. ) | No. CR 07-00751-JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: CONTINUANCE OF<br>STATUS HEARING |

    The parties, by and through their counsel of record, hereby stipulate to the following:

    1. The parties request that the Court continue the status/trial setting hearing presently set for January 12, 2009 to February 23, 2009 at 1:30 p.m.

    2. The parties stipulate and request that the Court find the following as a factual basis for continuing the status conference:

    1) Defendant Larry Pollock is currently in state custody in Southern California on an unrelated matter. This matter appears to entail a hit-and-run incident which is proceeding in state court in Ventura County. On October 28, 2008, Magistrate Judge Trumbull issued a no-bail arrest warrant for Mr. Pollock based upon his involvement in the alleged hit-and-run incident.

1  There appears to be some possibility the state matter will resolve within the next 60 days, after
2  which it is the understanding the parties that Mr. Pollock would be brought back to the Northern
3  District of California based upon the issuance of the warrant to deal with the pending federal
4  charges.

5      2) Furthermore, the parties are in ongoing discussions regarding a possible pretrial
6  disposition in this matter. A central aspect of these discussions centers on the appropriate drug
7  quantity calculation in this steroid distribution case. Both parties need additional time to
8  investigate the quantity of drugs attributable to Mr. Pollock, as well as his co-defendant, Ms.
9  Wallace, in order to make informed decisions on this question prior to making a final decision as
10 to a possible trial or pretrial resolution.

11     3. In light of these facts, the parties agree that the time between January 12, 2009 and
12 February 23, 2009 shall be excludable from the Speedy Trial Act requirements of Title 18,
13 United States Code, Section 3161 pursuant to Title 18, United States Code, Sections
14 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the
15 ends of justice served by granting this continuance outweigh the best interests of the public and
16 the defendant in an earlier trial specifically based on: (1) the unavailability of the defendant as a
17 result of his incarceration in Ventura County on the pending state charges, and (2) the need for
18 defense counsel and the government to have adequate time to complete their pretrial
19 investigation into the appropriate quantity of drugs attributable to the defendant's conduct in this
20 case. For these reasons, the parties agree that a continuance is necessary to ensure the
21 defendant's availability and to ensure that counsel are prepared to make informed decisions
22 //
23 //
24 //
25 //
26 //
27
28     2

1  regarding the case, and denial of such a continuance would unreasonably deny defendant
2  effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

01/9/09  
DATE                                            /S/  
                                            JEFFREY D. NEDROW  
                                            Assistant United States Attorney

01/09/09  
DATE                                            /S/  
                                            PAUL MELTZER  
                                            Attorney for Larry Pollock

01/09/09  
DATE                                            /S/  
                                            STEVE MANCHESTER  
                                            Attorney for Lynda Wallace



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>LARRY POLLOCK and<br>LYNDA WALLACE<br><br>    Defendants. | NO. CR 07-00751-JW<br><br>ORDER CONTINUING STATUS <u>HEARING</u> |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from January 12, 2009 to February 23, 2009 at 1:30 p.m.

The Court finds the time from January 12, 2009 to February 23, 2009 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on (1) the unavailability of the defendant; and (2) the need for defense counsel and the government to have adequate time to complete their pretrial investigation into the appropriate quantity of drugs

attributable to the defendant's conduct in this case. For these reasons, the parties agree that a continuance is necessary to ensure the defendant's availability and to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: January 9, 2008

JAMES WARE
UNITED STATES DISTRICT JUDGE