PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, LARRY POLLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> LARRY POLLOCK, LYNDA WALLACE <br> Defendant | Case No.: 5:07-cr-00751-JW <br> STIPULATION TO CONTINUE [PROPOSED] ORDER THEREON <br><br> Date: May 18th, 2009 <br> Time: 1:00 PM <br> Judge: James Ware |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the above matter from May 18th, 2009 at 1:30 p.m. to June 22nd, 2009 at 1:30 p.m. This continuance is requested due to the fact that the Plea Agreement will not be signed by May 18th, 2009.

In light of these facts, the parties agree that the time between May 18th, 2009 and June 22nd, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the

STIPULATION AND [PROPOSED] ORDER TO CONTINUE - 1

1 | public and the defendant in an earlier trial, specifically based
2 | on the fact that a settlement conference was held and a plea
3 | agreement was offered to the Defendants this week and additional
4 | time is needed to complete the negotiation and enter a plea and
5 | this process will not be completed by May 18th, 2009. For these
6 | reasons, the parties agree that a continuance is necessary to
7 | ensure that the defendant and defense counsel are prepared to
8 | make informed decisions regarding the case, and denial of such a
9 | continuance would unreasonably deny defendant Larry Pollock
10 | effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0
11 | and §3161(h)(8)(B)(iv).

13 | Therefore, it is respectfully requested that the current
14 | Trial Setting Hearing date of May 18th, 2008 at 1:30 p.m. be
15 | vacated and the matter be continued to June 22nd, 2009 at 1:30
16 | p.m.

18 | THE PARTIES SO STIPULATE.

21 | Dated: May 14, 2009         LAW OFFICES OF PAUL B. MELTZER

                              *signature*

                              PAUL B. MELTZER, Attorney for
                              Defendant, LARRY POLLOCK

STIPULATION AND [PROPOSED] ORDER TO CONTINUE - 2

1  Dated: May _____, 2009          LAW OFFICES OF MANCHESTER,
2                                    WILLIAMS & SEIBERT
3
4
5
6                                    _____
                                     STEVEN R. MANCHESTER, Attorney for
7                                    Defendant, LYNDA WALLACE
8
9
10
11
   Dated: May 14, 2009               UNITED STATES ATTORNEY
12
13
14
15
16                                   _____
                                     JEFFREY NEDROW,
17                                   United States Attorney
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE - 3

1  Dated: May 14, 2009         LAW OFFICES OF MANCHESTER,
2                              WILLIAMS & SEIBERT
3
4
5                              /s/ S. Manchester
6
                               ─────────────────────────────
7                              STEVEN R. MANCHESTER, Attorney for
                               Defendant, LYNDA WALLACE
8
9
10
11  Dated: May ____, 2009      UNITED STATES ATTORNEY
12
13
14
15
16                             ─────────────────────────────
17                             JEFFREY NEDROW,
                               United States Attorney
18
19
20
21
22
23
24
25
26
27
28

                    STIPULATION AND [PROPOSED] ORDER TO CONTINUE - 3

O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for May 18th, 2009 be vacated and the matter be reset for June 22nd, 2009 at 1:30 p.m. AS TO BOTH DEFENDANTS.

The Court finds that the time between May 18th, 2009 and June 22nd, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that a settlement conference was held and a plea agreement was offered to the Defendants this week and additional time is needed to complete the negotiation and enter a plea and this process will not be completed by May 18th, 2009. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Larry Pollock effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: May 14, 2009

_____
HON. JAMES WARE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER TO CONTINUE - 4