1  PAUL B. MELTZER - #77425
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: 831/426-6000
4

5  Attorney for Defendant, LARRY POLLOCK

6

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:07-cr-00751-JW |
| Plaintiff, | STIPULATION TO CONTINUE AND [PROPOSED] ORDER |
| vs. | |
| LARRY POLLOCK, | Judge: The Honorable James Ware |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the January 11, 2010 Sentencing at 1:30 p.m. previously set forth in the matter of LARRY POLLOCK to April 26, 2010 at 1:30 p.m. for Sentencing. The United States Probation Department has not had a chance to interview Mr. Pollock in preparation of the probation report due to a heavy work load.

The parties agree that the time between January 11, 2010 to April 26, 2010 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

//
//
//
//
//

STIPULATION TO CONTINUE - 1

Case 5:07-cr-00751-JW   Document 42   Filed 01/07/10   Page 2 of 3
US ATTORNEY OFFICE      Fax      Jan  6 2010 04:29pm P004/004

1. Therefore, it is respectfully requested that the previously set Sentencing of January 11, 2010 be vacated
2. and Sentencing be set for April 26, 2010 at 1:30 p.m.
3.     THE PARTIES SO STIPULATE.

Dated: January 6, 2010

UNITED STATES ATTORNEY

*/s/ Jeffrey D. Nedrow*

JEFFREY D. NEDROW, A. U.S. Attorney

Dated: January 6, 2010

LAW OFFICES OF PAUL B. MELTZER

*/s/ Paul Meltzer*  DMT

PAUL B. MELTZER, Attorney for
Defendant, LARRY POLLOCK.

STIPULATION TO CONTINUE - 2

[PROPOSED] ORDER

*IT IS SO ORDERED AS MODIFIED*

This is the parties' final continuance. The Court sets an interim status hearing for **March 22, 2010 at 1:30 PM**. On **March 17, 2010**, the parties shall notify the Courtroom Deputy at (408) 535-5356 on the status of the sentencing preparation. If the parties inform the Court that the April 26 sentencing hearing will proceed as scheduled, the March 22 status hearing shall be vacated. If further continuance of the April 26 sentencing hearing is needed, the parties shall appear on the March 22, 2010 to make the request on the record. Defense counsel may file timely waivers of defendant's appearances for the March 22 hearing, if necessary.

Dated: January 7, 2010

_____
HON. JAMES WARE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE - 3