PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, LARRY POLLOCK

FILED
FEB 1 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:07-cr-00751-JW |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS + Order PVT |
| LARRY POLLOCK, | |
| Defendant. | Judge: The Honorable Patricia V. Trumbull |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to strike the pre-trial release condition that Mr. Pollock participate in a Global Positioning System (GPS) satellite monitoring program.

The parties and Pre-Trial Services believe that Mr. Pollock's compliance with the terms of pre-trial release combined with the stage of the litigation warrant the deletion of the GPS requirement as a condition of Mr. Pollock's release.

//
//
//
//
//
//
//
//

STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS - 1

1  Therefore, it is respectfully requested that GPS condition in the above-referenced case be deleted.
2  THE PARTIES SO STIPULATE.

3  Dated: January 27, 2010

UNITED STATES ATTORNEY

/s/ JEFFREY D. NEDROW, A. U.S. Attorney

7  Dated: January 27, 2010

LAW OFFICES OF PAUL B. MELTZER

/s/ PAUL B. MELTZER, Attorney for
Defendant, LARRY POLLOCK.

IT IS HEREBY ORDERED that the GPS Condition of Pretrial Release is deleted.

2/11/10

/s/ Patricia V. Trumbull
US Magistrate Judge

STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS - 2