PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant: Larry Pollock

*Filed APR 29 2010 RICHARD W. WIEKING, CLERK, U.S. DISTRICT, NORTHERN DISTRICT, SAN JOSE, CALIFORNIA*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY POLLOCK,<br><br>Defendant. | Case No.: 5:07-cr-00751-JW<br><br>STIPULATION AND [PROPOSED] ORDER FOR TRAVEL REQUEST<br><br>Judge: The Honorable Patricia V. Trumbull |

Defendant, LARRY POLLOCK, by his counsel, Paul B. Meltzer, and Assistant United States Attorney, Jeffrey D. Nedrow, stipulate and agree to the travel request by the defendant, Larry Pollock, as set forth in the attached order to travel from LAX to Pensacola, Florida.

Respectfully Submitted,

Dated: April ___, 2010

_____
PAUL B. MELTZER,
Attorney for Defendant LARRY POLLOCK

Dated: April 28, 2010

_____/S/_____
JEFFREY D. NEDROW,
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER FOR TRAVEL REQUEST
1

## [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that Defendant Larry Pollock is allowed to travel to Pensacola, Florida to attend a court hearing set for May 3, 2010 regarding his daughter's guardianship. Prior to leaving the Defendant shall provide a detailed itinerary to Senior U.S. Pretrial Services Officer, Roger Pimentel.

SO ORDERED.

Dated: April 29, 2010

HON. PATRICIA V. TRUMBULL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT